# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

GARY CRAWFORD                                                                                             PLAINTIFF

v.                                               5:08CV00310 JLH

LARRY NORRIS, Director,
Arkansas Department of Correction                                                                 DEFENDANT

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 17th day of April, 2009.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE